1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   RODERICK HENRY, et al., | Case No. EDCV 21-00233-DOC (RAO) |
| 12                Plaintiffs, | |
| 13        v. | JUDGMENT |
| 14   COUNTY OF SAN BERNARDINO, et al., | |
| 15                Defendants. | |
| 16 | |

17        In accordance with the Order Dismissing Complaint issued concurrently

18   herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED

19   without prejudice.

20

21   DATED:   August 4, 2021

22   _____
     DAVID O. CARTER
23   UNITED STATES DISTRICT JUDGE

24
25
26
27
28